John H. Chatz, Trustee in Bankruptcy of Estate of
John W. Hight, Bankrupt, Appellee, v. Edward I.
Bloom et al., Defendants. Edward I. Bloom, Appellant.

Gen. No. 43,362.

opinion filed May 29, 1946; released for publication June 13, 1946. Thomas C. McConnell, for appellant; Thomas C. McConnell and Norman A. Korfist, of counsel; William S. Kleinman, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.